**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: April 5, 2019**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN     DIVISION

_____

In re:  Robert J. Ralston
      Carrie N. Ralston

    Debtor(s)

Case No.:  17-51532

Chapter: 13

Judge:  C. Kathryn Preston

_____

### ORDER DENYING MOTION FOR RELIEF
### FROM AUTOMATIC STAY AND/OR CODEBTOR STAY (DOC. NO.  63  )
### DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-referenced Motion for Relief from Automatic Stay and/or Codebtor Stay (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒    The certificate of title to the motor vehicle or a copy of the motor vehicle registration (Ohio Bureau of Motor Vehicle Form 1149 0301 pursuant to Ohio Revised Code §4503.26) is not attached.  (If the motion relates to a motor vehicle, LBR 4001-1(a)(3) requires the movant to attach a copy of the certificate of title to the motor vehicle or a copy of the motor vehicle registration (Ohio Bureau of Motor Vehicle Form 1149 0301 pursuant to Ohio Revised Code §4503.26) showing notation of any lien evidencing movant's secured claim and indicating proper perfection under state law.)

It is **ORDERED** that if (1) a filing deadline applies to the document that is the subject of this order, (2) the document was filed within that deadline, but such deadline had expired on the date this order was entered or will expire within 10 days from the date of entry of this order and (3) the Federal Rules of Bankruptcy Procedure do not preclude an enlargement of the deadline for filing the document, then the party filing the document shall have 10 calendar days from the date of entry of this order to file a motion which corrects the deficiencies described above. If the time period for filing the document has not already expired, but instead will expire on a date that is later than 10 days after the date of entry of the order, then the party will have until such date to file a motion which corrects the deficiencies.

The Motion for Relief from Stay is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Copies To:
Default List

###